**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1110**

HOAI THANH,

Plaintiff - Appellant,

v.

HIEN T. NGO,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:14-cv-00448-PJM)

Submitted: July 27, 2017                    Decided: August 4, 2017

Before AGEE, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Laurence A. Elgin, Washington, D.C., for Appellant. Joseph D. Gallagher, GILL SIPPEL & GALLAGHER, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hoai Thanh appeals from the district court's orders: (1) denying relief on his second amended complaint in which he asserted claims for, inter alia, defamation and false light invasion of privacy, and (2) denying his post-judgment motions for reconsideration and to file a third amended complaint. We have reviewed the record included on appeal, as well as the parties' briefs, and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hoai Thanh v. Hie Ngo*, No. 8:14-cv-00448-PJM (D. Md. July 22, 2016; May 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*